# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Information associated with Facebook User ID 100028678924541, hosted by Facebook Inc., 1601 Willow Road, Menlo Park, California. See Attachment A.

Case No. **19-M-123 (DEJ)**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

Information associated with Facebook User ID 100028678924541, hosted by Facebook Inc., 1601 Willow Road, Menlo Park, California. See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE June 13, 2019 (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. David E. Jones.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 31, 2019 1:15pm
[signature]
*Judge's signature*

City and State: Milwaukee, Wisconsin    Hon. David E. Jones, U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: 19-M-123 | Date and time warrant executed: 05/31/2019 @ 1538 hrs | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and/or name of any person(s) seized:

Geographical Location of Device utilizing the account https://www.facebook.com/vale.avina5 or Target ID number: 100028678924541. Location information was gathered on 6/1/2019 at 19:36:54 UTC and generated on 6/3/2019 at 15:25:41 UTC. Information was provide electronically.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 7/9/19

_Clint BL_
Executing officer's signature

Clint Blauser, DUSM
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: July 9, 2019

United States Magistrate Judge

# **ATTACHMENT A**

This Search Warrant is being sought for the data specified in Attachment B associated with Facebook User ID 100028678924541, hosted by Facebook Inc., 1601 Willow Road, Menlo Park, California.

# ATTACHMENT B

## I. Information to be disclosed by Facebook, Inc. (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, Facebook is required to disclose the following information to the government for each User ID listed in Attachment A:

(a) All physical location data collected by Facebook for the user of the account, including any data collected by Facebook's location services via the user's mobile phone or other device, on a real-time or near-real time basis. Facebook is required to provide any such data they collect, regardless of the time of day.

## II. Information to be seized by the government

(a) All data disclosed by Facebook pursuant to this attachment. This data shall be made accessible by the provider to the United States Marshals Service at all times, day or night, and/or emailed to Deputy United States Marshal Clint Blauser at clinton.blauser@usdoj.gov.

## III. Time for production by provider

The provider shall begin producing the information required by this attachment within seven (7) days of the date of service of the warrant.

## IV. Duration of production

The provider shall produce the information required by this attachment for a period of thirty (30) days from the date of issuance of this warrant.